IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT LEE HINSON, JR.,

    Plaintiff,

vs.                               CAE NO.:  3:09cv204/MCR/MD

FLORIDA LOTTERY DEPARTMENT, et al.,

    Defendants.
_____/

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 14, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3.     The clerk is directed to close the file.

DONE AND ORDERED this 15th day of June, 2009.

                                    s/ *M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE